|||
|---|---|
| Miles D. Grant       (BAR NO. 89766) <br> Alexander J. Kessler (BAR NO. 278240) <br> GRANT & KESSLER, APC <br> 1331 India Street <br> San Diego, CA 92101 <br> Phone: ((619) 233-7078; Fax: (619) 233-7036 <br><br> Attorneys for Defendants ||

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>    Plaintiff,<br><br>    vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED | Case No. 3:21-cv-01620-LAB-AHG<br><br>**JOINT MOTION TO CONTINUE HEARING ON RECEIVER'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**[ECF No. 67]** |

| | |
|---|---|
| 1 | BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive, |
| 2 | Defendants. |
| 3 | |

Plaintiff Krista Freitag (the "Receiver"), the Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates, and defendants Kim H. Peterson, individually and as trustee of the Peterson Family Trust dated April 14, 1992, and as trustee of the Peterson Family Trust dated September 29, 1983; Kim Funding, LLC; ABC Funding Strategies, LLC; ABC Funding Strategies Management, LLC; ANI License Fund, LLC; Kim Media, LLC; Kim Management, Inc.; Kim Aviation, LLC; Aero Drive, LLC; Aero Drive Three, LLC; Baltimore Drive, LLC; George Palmer Corporation; and Kim Funding LLC Defined Benefit Pension Plan (collectively, "Defendants") hereby stipulate and bring this *Joint Motion to Continue the Hearing on the Receiver's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment* (the "Joint Motion").

## Recitals

This Joint Motion is based on the following recitals:

1. On September 15, 2021, the Receiver filed the *Complaint for Fraudulent Transfer*, commencing the above-captioned action. *See* ECF No. 1.

2. On May 5, 2023, the Receiver filed the *Second Amended Complaint* (the "SAC") against Defendants. *See* ECF No. 51. Defendants filed their joint answer to the SAC on July 3, 2023. *See* ECF No. 54.

3. On January 17, 2024, the Receiver filed her *Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment* (the "Motion"), which was set to be heard on April 9, 2024. *See* ECF No. 67.

4. On April 3, 2024, the Court entered a minute order stating "The Court has reviewed the briefing and finds the motion [for summary judgment] suitable for

resolution without oral argument. The hearing is vacated. No appearances will be required in this case on 4/9/2024." *See* ECF No. 75.

5. On April 23, 2024, this case was stayed as a result of the bankruptcy petition filed by ANI License Fund, LLC.  ECF No. 78.

6. On May 2, 2024, this case was reassigned from Judge Burns to Judge Robinson.  ECF No. 79.

7. On June 26, 2024, the bankruptcy court dismissed the ANI License Fund bankruptcy case.

8. On July 11, 2024, the parties filed a joint motion to lift the stay as a result of the dismissal of the ANI License Fund bankruptcy and the Court entered an order lifting the stay the following day.  ECF Nos. 80, 81.

9. On August 19, 2024, the Court reset the hearing on the Motion for October 10, 2024.  ECF No. 82.

10. Defendants' counsel has advised the Receiver's counsel that they have a multi-week jury trial in an $8 million fraud conveyance and alter ego case in Orange County, Case No. 30-2019-01098258 ("OC Action") beginning October 14, 2024.  Trial in the case has been continued six times, and on August 6 the Court entered a minute order denying the defendants' request to continue the trial a seventh time.

11. As a result of the October 14 trial in the OC Action, Defendants' counsel has advised the Receiver's counsel that they are unable to argue the Motion on October 10.

12. The parties have met and conferred regarding the hearing on the Motion and have agreed to request that the Court continue the hearing on the Motion to November 7, 2024.

**Relief Requested**

Based on the foregoing, the parties hereto stipulate as to and jointly request that the hearing on the Motion be continued to November 7, 2024.

| | | |
|---|---|---|
| 1 | Dated: September 4, 2024 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 2 | | |
| 3 | | By:*/s/ Edward G. Fates* |
| 4 | |    DAVID R. ZARO<br>   EDWARD G. FATES<br>   MATTHEW D. PHAM |
| 5 | |    Attorneys for Plaintiff |
| 6 | | |
| | Dated: September 4, 2024 | GRANT & KESSLER, APC |
| 7 | | |
| 8 | | By:*/s/ Alexander J. Kessler* |
| 9 | |    MILES D. GRANT<br>   ALEXANDER J. KESSLER<br>   Attorneys for Defendants |

## SIGNATURE CERTIFICATION

In accordance with Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 4, 2024     GRANT & KESSLER, APC

By: */s/ Alexander J. Kessler*
ALEXANDER J. KESSLER
Attorneys for Defendants