UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC; American National Investments, Inc.; and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>v.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992, and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; | Case No.: 21-CV-1620 TWR (AHG)<br><br>**ORDER GRANTING GRANT KESSLER & ZUNSHINE, APC'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**<br><br>(ECF No. 91) |

|   |   |
|---|---|
| 1 | AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive, |
| | Defendants. |

Presently before the Court is the Motion to Withdraw as Counsel for Defendants ("Mot.," ECF No. 91) filed by Miles D. Grant and Alexander J. Kessler of the firm Grant Kessler & Zunshine, APC, f/k/a/ Grant & Kessler, APC. Movants represent that Defendants will continue to be represented by co-counsel Brett M. Weaver of Lew Kohn & Walker LLP. Good cause appearing, the Court **GRANTS** the Motion. Accordingly, the Clerk of Court **SHALL UPDATE** the docket to reflect the withdrawal of Messrs. Grant and Kessler.

**IT IS SO ORDERED.**

Dated: July 1, 2025

*/s/ Todd Robinson*
Honorable Todd W. Robinson
United States District Judge