Miles D. Grant (SBN 89766)
Alexander J. Kessler (SBN 278240)
**GRANT, KESSLER & ZUNSHINE APC**
1331 India Street
San Diego, CA 92101
Tel: (619) 233-7078; Fax: (619) 233-7036

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-01620-LAB-AHG<br><br>**CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 1331 India Street, San Diego, California 92101.

On July 1, 2025, I caused to be served the following documents:

1. **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS;**

3. **DECLARATION OF ALEXANDER J. KESSLER IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS.**

[x] **By Email:** On July 1, 2025, my office transmitted by email, a copy of the documents described above to the person described below using the email address listed next to the person's name. My firm's email server reported the transmission was complete without error immediately following the transmission.

Kim Peterson kimharoldpeterson@gmail.com

[x] **By Regular Mail - Deposit for Collection:** I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service (USPS). Correspondence collected and processed is deposited with the USPS on that same day in the ordinary course of business. On July 1, 2025, I placed for deposit with the USPS a copy of each of document described above, in a sealed envelope, postage fully prepaid, and addressed to the person described below. I placed the envelope for collection and mailing on this date following ordinary business practice to the address below:

Kim Peterson

PO Box 676237

Rancho Santa Fe, CA 92067

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3  Dated: July 1, 2025          */s/ Alexander J. Kessler*
4                                Alexander J. Kessler
5
6  I:\DOCS\16-367\C-Motions\GKZ Motion to Withdraw\Notice-01a.docx