BRETT WEAVER (Bar No. 204715)
*bweaver@lewiskohn.com*
LEWIS KOHN & WALKER, LLP
17085 Via Del Campo
San Diego, CA 92127
Tel (858) 436-1330
Fax (858) 436-1349

Attorney for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>Hon. Todd W. Robinson<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS** |

-1-

| | |
|---|---|
| 1 | corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants. |

## STATEMENT OF RELEVANT FACTS

On August 28, 2024, the law firm of Lewis Kohn & Walker LLP ("LKW") and attorney Brett Weaver filed a Notice of Appearance to represent Defendants Kim H. Peterson, Kim Funding, LLC, ABC Funding Strategies, LLC, ABC Funding Strategies Management, LLC, Kim Media, LLC, Kim Management, Inc., Kim Aviation, LLC, Aero Drive, LLC, Aero Drive Three, LLC, Baltimore Drive, LLC, George Palmer Corporation, Kim Funding LLC Defined Benefit Pension Plan, Kim H. Peterson as Trustee of the Peterson Family Trust dated April 14, 1992, Kim H. Peterson as Trustee of the Peterson Family Trust dated September 29, 1983, and ANI License Fund, LLC (collectively "Defendants"). *See* ECF No. 83. Since then, there has been a complete breakdown of trust between attorney and client, including Defendants' breach of material terms of its engagement agreement with its attorneys.

## LEGAL AUTHORITY

"An attorney may not withdraw as counsel except by leave of court, and the decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." *Urias v. Labcorp Peri-Approval & Commercialization Inc.*, No. 23-CV-1815 JLS (MSB), 2023 U.S. Dist. LEXIS 228013, at *1-2 (S.D. Cal. Dec. 20, 2023) (citation omitted); *see also United States v. Carter*, 560 F.3d 1107, 1113 (9th Cir. 2009); S.D. Cal. Civ. L.R. 83.3(f)(3) (requiring that a notice of motion to withdraw as attorney of record be served on the adverse party and on the moving attorney's client, along with a declaration of service).

In ruling on a motion to withdraw as counsel, courts consider: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case. *Leatt Corp. v. Innovative Safety Tech., LLC*, No. 09-CV-1301-IEG (POR), 2010 U.S. Dist. LEXIS 8492, at *3-4 (S.D. Cal. Feb. 2, 2010) (citation omitted).

As explained in the accompanying declaration of Brett Weaver, good cause exists to grant withdrawal of LKW and Mr. Weaver from representing Defendants. Without waiving confidentiality, the basis for this request to withdraw is that there has been a complete breakdown of trust between Mr. Weaver and Defendants and it has become impossible for LKW to continue the representation. (Declaration of Brett Weaver in Support of Motion for Leave to Withdraw as Counsel for Defendants, ¶2).

In addition, Defendants have breached material terms of their engagement agreement with LKW. (*Id.* at ¶3).

On January 23, 2026, Mr. Weaver informed Kim H. Peterson—the principal contact for all represented Defendants—that LKW is withdrawing from further representation of Defendants. (*Id.* at ¶4).

Withdrawal will not prejudice Defendants as the matter is in a post-judgment phase and there no impending deadlines ordered by the Court. Defendants are familiar with the outstanding post-judgment issues presented by Plaintiff and are free to retain other counsel if they chose to address them. (*Id.* at ¶5).

## CONCLUSION

For the reasons set forth above, LKW and Brett Weaver request that the Court allow LKW and Brett Weaver to withdraw from representing Defendants.

Dated February 20, 2026          Respectfully Submitted,

                                 LEWIS KOHN & WALKER, LLP

                                 *s/ Brett Weaver*
                                 Brett Weaver