BRETT WEAVER (Bar No. 204715)
*bweaver@lewiskohn.com*
LEWIS KOHN & WALKER, LLP
17085 Via Del Campo
San Diego, CA 92127
Tel (858) 436-1330
Fax (858) 436-1349

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>Hon. Todd W. Robinson<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS** |

-1-

| | |
|---|---|
| 1 | corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive, |
| | Defendants. |

**NOTICE TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Lewis Kohn & Walker LLP ("LKW") and attorney Brett Weaver move this Court to withdraw as attorney of record for Defendants Kim H. Peterson, Kim Funding, LLC, ABC Funding Strategies, LLC, ABC Funding Strategies Management, LLC, Kim Media, LLC, Kim Management, Inc., Kim Aviation, LLC, Aero Drive, LLC, Aero Drive Three, LLC, Baltimore Drive, LLC, George Palmer Corporation, Kim Funding LLC Defined Benefit Pension Plan, Kim H. Peterson as Trustee of the Peterson Family Trust dated April 14, 1992, Kim H. Peterson as Trustee of the Peterson Family Trust dated September 29, 1983, and ANI License Fund, LLC (collectively "Defendants"). This motion is made in accordance with Southern District of California Civil Rule 83.3(f)(3).

Withdrawal will not prejudice Defendants as the matter is in a post-judgment phase and there no impending deadlines ordered by the Court. Defendants are familiar with the outstanding post-judgment issues presented by Plaintiff and are free to retain other counsel if they chose to address them.

Dated February 20, 2026          Respectfully Submitted,

                                 LEWIS KOHN & WALKER, LLP

                                 *s/ Brett Weaver*
                                 Brett Weaver