BRETT WEAVER (Bar No. 204715)
*bweaver@lewiskohn.com*
LEWIS KOHN & WALKER, LLP
17085 Via Del Campo
San Diego, CA 92127
Tel (858) 436-1330
Fax (858) 436-1349

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>Hon. Todd W. Robinson<br><br>**DECLARATION OF BRETT WEAVER IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS** |

-1-

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,<br><br>                Defendants. |

## DECLARATION OF BRETT WEAVER

I, Brett Weaver, am not a party in the above-captioned action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

1. My law firm, Lewis Kohn & Walker LLP ("LKW"), and I are counsel of record for Defendants Kim H. Peterson, Kim Funding, LLC, ABC Funding Strategies, LLC, ABC Funding Strategies Management, LLC, Kim Media, LLC, Kim Management, Inc., Kim Aviation, LLC, Aero Drive, LLC, Aero Drive Three, LLC, Baltimore Drive, LLC, George Palmer Corporation, Kim Funding LLC Defined Benefit Pension Plan, Kim H. Peterson as Trustee of the Peterson Family Trust dated April 14, 1992, Kim H. Peterson as Trustee of the Peterson Family Trust dated September 29, 1983, and ANI License Fund, LLC (collectively "Defendants"). This declaration is made in support of the motion I have brought seeking the Court's leave to withdraw as counsel of record for Defendants.

2. Without waiving confidentiality, the basis for my request to withdraw is that there has been a complete breakdown of trust between myself and Defendants and it has become impossible for my firm to continue the representation.

3. Moreover, Defendants have breached material terms of its engagement agreement with LKW.

4. On January 23, 2026, I informed Kim H. Peterson—the principal contact for all represented Defendants—that my firm and I are withdrawing from further representation of Defendants.

5. I do not believe that withdraw will prejudice Defendants as this matter is in a post-judgment phase and there are no impending deadlines ordered by the Court. Defendants are familiar with the outstanding post-judgment issues presented by Plaintiff and are free to retain other counsel if they chose to address them.

6. As a result, I request that the Court grant this motion and allow LKW and myself to withdraw as attorneys for the all Defendants in this action.

-3-

Case No.: 3:21-cv-01620-TWR-AHG

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed on this 20th day of February 2026, in San Diego, California.

                                                      *s/ Brett Weaver*
                                                      Brett Weaver