BRETT WEAVER (Bar No. 204715)
*bweaver@lewiskohn.com*
LEWIS KOHN & WALKER, LLP
17085 Via Del Campo
San Diego, CA 92127
Tel (858) 436-1330
Fax (858) 436-1349

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants. |

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On February 20, 2026, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system:

1. **Notice of Motion and Motion to Withdraw as Attorney of Record for Defendants;**
2. **Memorandum of Points and Authorities in Support of Motion to Withdraw as Attorney of Record for Defendants; and**
3. **Declaration of Brett Weaver in Support of Motion to Withdraw as Attorney of Record for Defendants.**

To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

Additionally, I caused the foregoing documents to be served via email and certified mail on February 20, 2026 as follows:

> Kim Peterson, Individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and the Peterson Family Trust dated September 29, 1983
> *kimharoldpeterson@gmail.com*
> 271 Ocean View Avenue
> Del Mar, CA 92014

Furthermore, I caused the foregoing documents to be served via certified mail on February 20, 2026 on the following interested parties in this action:

> Kim Funding, LLC; Kim Funding LLC Defined Benefit Pension Plan; Kim Media, LLC; Kim Management, Inc.; Kim Aviation, LLC; and Aero Drive, LLC
> c/o Denis M. McDevitt, Esq.
> 3550 Camino Del Rio North, #200
> San Diego, CA 92108

///

///

ABC Funding Strategies, LLC; and ABC Funding Strategies Management, LLC,
c/o Kim Peterson
12626 High Bluff Drive, Suite 360
San Diego, CA 92130

Aero Drive Three, LLC; Baltimore Drive, LLC; and ANI License Fund LLC
c/o Matthew M. Pribyl, Esq.
3550 Camino Del Rio North, #200
San Diego, CA 92108

George Palmer Corporation
c/o C T Corporation System
701 S. Carson Street, Suite 200
Carson City, NV, 89701

I declare under penalty of perjury that the foregoing is true and correct and executed on February 20, 2026, in San Diego, California.

*s/ Brett Weaver*
Brett Weaver