DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
 mpham@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Plaintiff
KRISTA FREITAG, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION (AS AGAINST TWELVE DEFENDANTS)** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,<br><br>                    Defendants. |

State of California, County of <u>Los Angeles</u>

I, <u>Matthew D. Pham</u>, hereby state under penalty of perjury that,

1.      Judgment for <u>$8,463,845.76</u> was entered on <u>November 4, 2025 (ECF No. 99)</u>, in the docket of the above-entitled action in favor of <u>Krista Freitag, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates</u>, as Judgment Creditor, and against <u>(a) Kim H. Peterson, individually; (b) Kim H. Peterson, as trustee of the Peterson Family Trust dated September 29, 1983; (c) Kim Funding, LLC; (d) ABC Funding Strategies, LLC; (e) ABC Funding Strategies Management, LLC; (f) Kim Media, LLC; (g) Kim Management, Inc.; (h) Aero Drive, LLC; (i) Aero Drive Three, LLC; (j) Baltimore Drive, LLC; (k) George Palmer Corporation; and (l) Kim Funding LLC Defined Benefit Pension Plan</u>, as Judgment Debtors.[1]

*(If a registered Judgment, fill in below)*

Said Judgment was registered herein under title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. _____ in the

---

[1]   With respect to the Judgment as against the twelve Judgment Debtors identified herein, the Judgment was in the amount of **$8,463,845.76** on account of the claim for the avoidance and recovery of fraudulent transfers.

United States District Court for the _____ District of _____ and which has become FINAL.

2.   I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3.   ACCRUED since the entry of judgment are the following sums:

- $103,541.82 accrued interest, computed at 3.66%;[2]
- $0.00 accrued costs.

4.   CREDIT must be given for payments and partial satisfactions in the total amount of $0.00 which is to be first credited against the judgment as entered still remaining due and bearing interest at _____% in the amount of $_____ per day from this date.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2026, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　*s/ Matthew D. Pham*
　　　　　　　　　　　　　　　　　　　　　　　Matthew D. Pham

---

[2]   The post-judgment interest rate for the week ending October 31, 2025, was 3.66%, *see* 28 U.S.C. § 1961(a), and the $103,541.82 amount represents the accrued per diem interest of $848.70 through March 6, 2026 (122 days).