EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 227809 | FOR COURT USE ONLY |
|---|---|---|

NAME: Edward G. Fates
FIRM NAME: Allen Matkins Leck Gamble Mallory & Natsis LLP
STREET ADDRESS: 600 West Broadway, 27th Floor
CITY: San Diego    STATE: CA    ZIP CODE: 92101
TELEPHONE NO.: (619) 233-1155    FAX NO.: (619) 233-1158
EMAIL ADDRESS: tfates@allenmatkins.com
ATTORNEY FOR (name): Krista Freitag, Court-appointed permanent receiver
☒ ATTORNEY FOR   ☒ ORIGINAL JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 333 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME:

PLAINTIFF/PETITIONER: KRISTA FREITAG, Court-appointed permanent receiver
DEFENDANT/RESPONDENT: KIM H. PETERSON, et al.

CASE NUMBER: 3:21-cv-01620-TWR-AHG

**WRIT OF**
☒ EXECUTION (Money Judgment)
☐ POSSESSION OF   ☐ Personal property
☐ SALE            ☐ Real Property

☐ Limited Civil Case (including Small Claims)
☐ Unlimited Civil Case (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** San Francisco
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Krista Freitag, Court-appointed permanent receiver
   is the ☒ original judgment creditor   ☐ assignee of record   whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Kim Media, LLC,
   a California limited liability company
   3550 Camino Del Rio North, Suite 200
   San Diego, CA 92108

   ☒ Additional judgment debtors on next page
5. **Judgment entered** on (date): November 4, 2025
   (See type of judgment in item 22.)
6. ☐ Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. ☒ has not been requested.
   b. ☐ has been requested (see next page)
8. ☐ Joint debtor information on next page.

9. ☐ Writ of Possession/Writ of Sale information on next page.
10. ☐ This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.
11. Total judgment (as entered or renewed)  $ 8,463,845.76
12. Costs after judgment (CCP 685.090)       $        0.00
13. Subtotal (add 11 and 12)                  $ 8,463,845.76
14. Credits to principal (after credit to interest) $ 0.00
15. Principal remaining due (subtract 14 from 13) $ 8,463,845.76
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) $ 103,541.82
17. Fee for issuance of writ (per GC 70626(a)(l)) $ 0.00
18. **Total amount due** (add 15, 16, and 17) $ 8,567,387.58
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) .......... $ 848.70
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) .......... $ 0.00
20. ☐ The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 3-9-26    Clerk, by _Armih Cortel_ , Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION

Judicial Council of California, courts.ca.gov
Rev. January 1, 2026, Optional Form
Code Civ. Proc., §§ 699.520, 712.010, 715.010;
Gov. Code, § 6103.5

**Writ of Execution**

EJ-130, Page 1 of 3
→



EJ-130

| Plaintiff/Petitioner: KRISTA FREITAG, Court-appointed permanent receiver | CASE NUMBER |
|---|---|
| Defendant/Respondent: KIM H. PETERSON, et al. | 3:21-cv-01620-TWR-AHG |

21. ☒ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

```
Kim H. Peterson, as trustee of the              Kim Funding, LLC,
Peterson Family Trust dated September 29, 1983  a California limited liability company
271 Ocean View Avenue                           3550 Camino Del Rio North, Suite 200
Del Mar, CA 92014                               San Diego, CA 92108
```

22. The judgment is for *(check one):* ☒ **ADDITIONAL JUDGMENT DEBTORS ON ATTACHMENT 20**

    a. ☐ wages owed.
    b. ☐ child support or spousal support.
    c. ☐ personal debt, as defined in Code of Civil Procedure section 683.110(d). *(If this box is checked, the judgment creditor must complete Declaration of Address Verification (form WG-015/EJ-135) before asking the sheriff to serve this form on the judgment debtor.)*
    d. ☒ other *(describe):* net profits, prejudgment interest, post-judgment interest

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (Code Civ. Proc., §§ 989-994)
    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:
    c. *on (date):*
    d. name, type of legal entity if not a natural person, and last known address of joint debtor:

    e. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:
    a. ☐ Possession of real property: The complaint was filed on *(date):*
    *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*
    (1) ☐ The *Prejudgment Claim of Right to Possession* (form CP10.5) was served in compliance with Code of Civil Procedure section 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
    (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with Code of Civil Procedure section 415.46.
    (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See Code Civ. Proc., §§ 415.46 & 1174.3(a)(2).)*
    (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with Code of Civil Procedure section 415.46 (item 25a(2)), answer the following:
    (a) The daily rental value on the date the complaint was filed was $
    (b) The court will hear objections to enforcement of the judgment under Code of Civil Procedure section 1174.3 on the following dates *(specify):*



| | EJ-130 |
|---|---|
| Plaintiff/Petitioner: KRISTA FREITAG, Court-appointed permanent receiver<br>Defendant/Respondent: KIM H. PETERSON, et al. | CASE NUMBER:<br>3:21-cv-01620-TWR-AHG |

25. b. ☐ Possession of personal property.
   ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. The property is described  ☐ below  ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with Code of Civil Procedure section 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month to month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

JUDGMENTS FOR PERSONAL DEBT. If you are the judgment debtor identified in item 4 on this form, and if item 22 on this form says the judgment is for personal debt, the judgment creditor is required to verify your address before asking the levying officer to serve this *Writ of Execution*. The judgment creditor must give the levying officer a completed copy of *Declaration of Address Verification* (form WG-015/EJ-135) and must file completed form WG-015/EJ-135 with the court within 10 business days of giving a copy of the form to the levying officer. If the judgment creditor doesn't take these steps, you can ask the court to stay any wage garnishment order, bank account levy, or other levy related to this *Writ of Execution*. You can use *Application for Stay of Levy or Garnishment* (form WG-017/EJ-137) to ask the court to stay the levy or garnishment until the address verification has been completed.

| PLAINTIFF: KRISTA FREITAG, Court-appointed permanent receiver | CASE NUMBER: |
|---|---|
| DEFENDANT: KIM H. PETERSON, et al. | 3:21-cv-01620-TWR-AHG |

## Additional judgment debtors

**Attachment 20**

☒ **Judgment debtor** *(name and last known address)*

ABC Funding Strategies, LLC,
a Delaware limited liability company
12626 High Bluff Drive, Suite 360
San Diego, CA 92130

ABC Funding Strategies Management, LLC,
a Delaware limited liability company
12626 High Bluff Drive, Suite 360
San Diego, CA 92130

10. ☐ This writ is issued on a sister-state judgment
11. Total Judgment .................................................................. $ 8,463,845.76
12. Costs after judgment (per filed order or memo CCP 685.090) $ 0.00
13. Subtotal *(add 11 and 12)* ...................................................... $ 8,463,845.76
14. Credits ................................................................................ $ 0.00
15. Subtotal *(subtract 14 from 13)* ............................................. $ 8,463,845.76
16. Interest after judgment (per filed affidavit CCP 685.050)
    (not on GC6103.5 fees) .................................................... $ 103,541.82
17. Fee for issuance of writ ..................................................... $ 0.00
18. **Total** *(add 15, 16, and 17)* ................................................ $ 8,567,387.58
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)*
        (not on GC6103.5 fees) of .......................................... $ 848.70
    (b) Pay directly to court costs included in 11 and 17
        (GC6103.5, 68511.3;CCP 699.520(i)) ........................ $ 0.00

☒ **Judgment debtor** *(name and last known address)*

Kim H. Peterson
271 Ocean View Avenue
Del Mar, California 92014

Kim Management, Inc.,
a California corporation
3550 Camino Del Rio North, Suite 200
San Diego, CA 92108

10. ☐ This writ is issued on a sister-state judgment
11. Total Judgment .................................................................. $ 8,463,845.76
12. Costs after judgment (per filed order or memo CCP 685.090) $ 0.00
13. Subtotal *(add 11 and 12)* ...................................................... $ 8,463,845.76
14. Credits ................................................................................ $ 0.00
15. Subtotal *(subtract 14 from 13)* ............................................. $ 8,463,845.76
16. Interest after judgment (per filed affidavit CCP 685.050)
    (not on GC6103.5 fees) .................................................... $ 103,541.82
17. Fee for issuance of writ ..................................................... $ 0.00
18. **Total** *(add 15, 16, and 17)* ................................................ $ 8,567,387.58
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)*
        (not on GC6103.5 fees) of .......................................... $ 848.70
    (b) Pay directly to court costs included in 11 and 17
        (GC6103.5, 68511.3;CCP 699.520(i)) ........................ $ 0.00

☒ **Judgment debtor** *(name and last known address)*

Aero Drive, LLC,
a California limited liability company
3550 Camino Del Rio North, Suite 200
San Diego, CA 92108

Aero Drive Three, LLC,
a California limited liability company
3550 Camino Del Rio North, Suite 200
San Diego, CA 92108

10. ☐ This writ is issued on a sister-state judgment
11. Total Judgment .................................................................. $ 8,463,845.76
12. Costs after judgment (per filed order or memo CCP 685.090) $ 0.00
13. Subtotal *(add 11 and 12)* ...................................................... $ 8,463,845.76
14. Credits ................................................................................ $ 0.00
15. Subtotal *(subtract 14 from 13)* ............................................. $ 8,463,845.76
16. Interest after judgment (per filed affidavit CCP 685.050)
    (not on GC6103.5 fees) .................................................... $ 103,541.82
17. Fee for issuance of writ ..................................................... $ 0.00
18. **Total** *(add 15, 16, and 17)* ................................................ $ 8,567,387.58
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)*
        (not on GC6103.5 fees) of .......................................... $ 848.70
    (b) Pay directly to court costs included in 11 and 17
        (GC6103.5, 68511.3;CCP 699.520(i)) ........................ $ 0.00

| PLAINTIFF: KRISTA FREITAG, Court-appointed permanent receiver<br>DEFENDANT: KIM H. PETERSON, et al. | CASE NUMBER:<br>3:21-cv-01620-TWR-AHG |
|---|---|

**Additional judgment debtors**                                                          **Attachment 20**

☒ **Judgment debtor** *(name and last known address)*

Baltimore Drive, LLC,
a California limited liability company
3550 Camino Del Rio North, Suite 200
San Diego, CA 92108

George Palmer Corporation,
a Nevada corporation
P.O. Box 676237
Rancho Sante Fe, CA 92067

| | |
|---|---|
| 10. ☐ This writ is issued on a sister-state judgment | |
| 11. Total Judgment | $ 8,463,845.76 |
| 12. Costs after judgment (per filed order or memo CCP 685.090) | $ 0.00 |
| 13. Subtotal *(add 11 and 12)* | $ 8,463,845.76 |
| 14. Credits | $ 0.00 |
| 15. Subtotal *(subtract 14 from 13)* | $ 8,463,845.76 |
| 16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC6103.5 fees) | $ 103,541.82 |
| 17. Fee for issuance of writ | $ 0.00 |
| 18. **Total** *(add 15, 16, and 17)* | $ 8,567,387.58 |
| 19. Levying officer:<br>(a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC6103.5 fees) of | $ 848.70 |
| (b) Pay directly to court costs included in 11 and 17 (GC6103.5, 68511.3; CCP 699.520(i)) | $ 0.00 |

☒ **Judgment debtor** *(name and last known address)*

Kim Funding LLC Defined Benefit Pension Plan
P.O. Box 676237
Rancho Sante Fe, CA 92067

| | |
|---|---|
| 10. ☐ This writ is issued on a sister-state judgment | |
| 11. Total Judgment | $ 8,463,845.76 |
| 12. Costs after judgment (per filed order or memo CCP 685.090) | $ 0.00 |
| 13. Subtotal *(add 11 and 12)* | $ 8,463,845.76 |
| 14. Credits | $ 0.00 |
| 15. Subtotal *(subtract 14 from 13)* | $ 8,463,845.76 |
| 16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC6103.5 fees) | $ 103,541.82 |
| 17. Fee for issuance of writ | $ 0.00 |
| 18. **Total** *(add 15, 16, and 17)* | $ 8,567,387.58 |
| 19. Levying officer:<br>(a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC6103.5 fees) of | $ 848.70 |
| (b) Pay directly to court costs included in 11 and 17 (GC6103.5, 68511.3; CCP 699.520(i)) | $ 0.00 |

☐ **Judgment debtor** *(name and last known address)*

| | |
|---|---|
| 10. ☐ This writ is issued on a sister-state judgment | |
| 11. Total Judgment | $ |
| 12. Costs after judgment (per filed order or memo CCP 685.090) | $ |
| 13. Subtotal *(add 11 and 12)* | $ 0.00 |
| 14. Credits | $ |
| 15. Subtotal *(subtract 14 from 13)* | $ 0.00 |
| 16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC6103.5 fees) | $ |
| 17. Fee for issuance of writ | $ |
| 18. **Total** *(add 15, 16, and 17)* | $ 0.00 |
| 19. Levying officer:<br>(a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC6103.5 fees) of | $ |
| (b) Pay directly to court costs included in 11 and 17 (GC6103.5, 68511.3; CCP 699.520(i)) | $ |