DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        mpham@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Judgment Creditor
KRISTA FREITAG, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>**RECEIVER'S NOTICE OF MOTION AND MOTION FOR ASSIGNMENT ORDER (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA)**<br><br>Date: April 30, 2026<br>Time: 1:30 p.m.<br>Ctrm: 14A |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,<br><br>                Defendants. |

**TO THE HONORABLE TODD W. ROBINSON, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** that on **April 30, 2026**, at **1:30 p.m.**, or as soon thereafter as this matter may be heard, in Courtroom 14A of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, judgment creditor Krista Freitag (the "Receiver"), the Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates, will, and hereby does, move (the "Motion") this Court, pursuant to California Code of Civil Procedure §§ 708.510–708.560, for an order assigning all rights to payment due or to become due to judgment debtor Kim Media, LLC ("Kim Media") relating to Kim Media's leasehold interest in a portion of that certain real property located at 101 Jefferson Street, San Francisco, California (the "Premises"), to the Receiver.

      By the Motion, the Receiver is requesting that the Court enter an assignment order, which assigns to her all rights to payment due or to become due to Kim Media relating to its leasehold interest in the Premises, including, without limitation, any right to payment of rents or other charges due or to become due to Kim Media arising from a sublease or similar agreement regarding the use of an electronic

billboard on the Premises (a "Billboard Sublease"), to the extent necessary to satisfy the $8,463,845.76 judgment entered in this action on November 4, 2025, in favor of the Receiver and against Kim Media (and other judgment debtors), including any post-judgment interest accruing thereon. On information and belief, the Receiver believes that Kim Media is currently a party to a Billboard Sublease with an entity doing business as "Harkey Media" or one of its affiliates (collectively, "Harkey Media"), pursuant to which Kim Media subleases an electronic billboard on the Premises to Harkey Media and Kim Media receives rent payments from Harkey Media.

In accordance with this Court's standing order, on March 13, 2026, the Receiver's counsel reached out to Kim Media's counsel by phone to inform counsel about the Receiver's intention to seek the relief requested in this Motion and inquire whether Kim Media would consent to such relief. The Receiver's counsel also provided Kim Media's counsel with a copy of the proposed order on the Motion. In response, Kim Media's counsel indicated that Kim Media does not consent to the relief requested in the Motion and will not stipulate to the entry of the proposed order.

The Receiver does not believe that there are any parties who, by deed of trust, security agreement, or otherwise, assert a security or lien interest in any payments sought to be assigned under the Motion. Nevertheless, the Receiver intends to provide notice of the Motion to (a) 101 Jefferson Street SF, LLC, the owner and lessor of the Premises (i.e., the party who has leased the Premises to Kim Media), who is believed to have no interest in any payments sought to be assigned under the Motion, and (b) Harkey Media, the party believed to be obligated to make payments to Kim Media under a Billboard Lease.

**PLEASE TAKE FURTHER NOTICE** that the Receiver's Motion is based upon this notice, the concurrently filed memorandum of points and authorities, declaration of Edward G. Fates, and proposed order, all pleadings and papers on file

in this action, all other matters of which the Court may take judicial notice, and such other and further arguments and evidence as may be presented to the Court at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** of the following procedural requirements: If you oppose the Motion, you are required to file your written opposition with the Office of the Clerk, United States District Court for the Southern District of California, 333 West Broadway, Suite 420, San Diego, California 92101, and serve the same on the undersigned no later than 28 calendar days prior to the date of the hearing on the Motion. An opposing party's failure to file an opposition to any motion may be construed as consent to the granting of the motion pursuant to Civil Local Rule 7.1(f)(3)(C).

Dated:  March 13, 2026

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:    */s/ Edward G. Fates*
DAVID R. ZARO
EDWARD G. FATES
MATTHEW D. PHAM
Attorneys for Judgment Creditor
KRISTA FREITAG, Receiver