1  DAVID R. ZARO (BAR NO. 124334)
   MATTHEW D. PHAM (BAR NO. 287704)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  865 South Figueroa Street, Suite 2800
   Los Angeles, California 90017-2543
4  Phone: (213) 622-5555
   Fax: (213) 620-8816
5  E-Mail: dzaro@allenmatkins.com
           mpham@allenmatkins.com
6
   EDWARD G. FATES (BAR NO. 227809)
7  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
8  One America Plaza
   600 West Broadway, 27th Floor
9  San Diego, California 92101-0903
   Phone: (619) 233-1155
10 Fax: (619) 233-1158
   E-Mail: tfates@allenmatkins.com
11
   Attorneys for Judgment Creditor
12 KRISTA FREITAG, Receiver

13            UNITED STATES DISTRICT COURT

14          SOUTHERN DISTRICT OF CALIFORNIA

15

16 KRISTA FREITAG, Court-appointed        Case No. 3:21-cv-01620-TWR-AHG
   permanent receiver for ANI
17 Development, LLC, American National     **DECLARATION OF EDWARD**
   Investments, Inc., and their subsidiaries   **G. FATES IN SUPPORT OF**
18 and affiliates,                         **RECEIVER'S MOTION FOR**
                                           **ASSIGNMENT ORDER (RENTS**
19            Plaintiff,                   **FROM BILLBOARD LEASE AT 101**
                                           **JEFFERSON STREET, SAN**
20       vs.                               **FRANCISCO, CALIFORNIA)**

21 KIM H. PETERSON, individually and as    Date:  April 30, 2026
   Trustee of the Peterson Family Trust    Time:  1:30 p.m.
22 dated April 14, 1992 and as Trustee of   Ctrm:  14A
   the Peterson Family Trust dated
23 September 29, 1983; KIM FUNDING,
   LLC, a California limited liability
24 company; ABC FUNDING
   STRATEGIES, LLC, a Delaware limited
25 liability company; ABC FUNDING
   STRATEGIES MANAGEMENT, LLC,
26 a Delaware limited liability company;
   ANI LICENSE FUND, LLC, a
27 California limited liability company;
   KIM MEDIA, LLC, a California limited
28 liability company; KIM
   MANAGEMENT. INC.. a California

corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,

Defendants.

I, Edward G. Fates, declare as follows:

1. I am a partner at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), counsel for Krista Freitag (the "Receiver"), in her capacity as the Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates, in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.

2. I make this declaration in support of the Receiver's *Motion for Assignment Order (Rents from Billboard Lease at 101 Jefferson Street, San Francisco, California)* (the "Motion"). The statements set forth in this declaration are based upon my own personal knowledge, except as to those statements that are stated to be based upon information and belief. If called to testify, I could and would, without waiver of any applicable privilege, testify that the facts stated in this declaration are true and correct to the best of my knowledge and information.

3. On November 4, 2025, on account of the Receiver's fraudulent-transfer claim, the Court entered judgment in the amount of $8,463,845.76 in favor of the Receiver and jointly and severally against fourteen defendants in this action, including Kim Media, LLC ("Kim Media") (the "Judgment"). There has been no

timely appeal of the Judgment, and the Judgment has not otherwise been stayed by the Court.

4.     The Judgment remains unsatisfied and unpaid in the full amount thereof (i.e., no payments have been received or applied to the Judgment to date). Based on the outstanding judgment amount of $8,463,845.76 and the applicable federal post-judgment interest rate of 3.66%,[1] $848.70 in per diem interest has been accruing. Accordingly, through March 13, 2026 (i.e., 129 days after entry of the Judgment), accrued post-judgment interest has totaled $109,482.74.

5.     Following the entry of the Judgment, Allen Matkins, on behalf of the Receiver, has undertaken an investigation of the assets of those judgment debtors liable on the Judgment, including Kim Media, in order to determine whether there are any assets available to satisfy some portion of the Judgment. This investigation included a search of public real property records to identify any real property interests held by a judgment debtor. From that search, we discovered a memorandum of lease that was recorded on February 24, 2023, in the official records of the San Francisco County Recorder's Office, as Document No. 2023014334 (the "Memorandum of Lease"). A true and correct copy of the Memorandum of Lease is attached hereto as **Exhibit 1**.

6.     The Memorandum of Lease reflects that Kim Media is the lessee under a lease with lessor 101 Jefferson Street SF LLC (the "Lessor") and, through this lease, holds a leasehold interest in a portion of that certain real property located at 101 Jefferson Street, San Francisco, California (the "Premises"). The Memorandum of Lease further reflects that the term of this lease expires on January 31, 2035.

7.     After discovering the Memorandum of Lease, I was able to connect and communicate with Paul Goldman, one of the Lessor's managers. In our

---

[1] The post-judgment interest rate for the week ending October 31, 2025, was 3.66%.

communications, Mr. Goldman confirmed that the Lessor is the owner of the Premises and presently leases the Premises to Kim Media pursuant to the lease referenced in the Memorandum of Lease, and Mr. Goldman also informed me that Kim Media leases an electronic billboard that has been installed on the Premises (the "Billboard") and has subleased the Billboard to a sublessee for the latter to use to display and run advertisements pursuant to a sublease (a "Billboard Sublease"). Mr. Goldman stated that as of September 1, 2025, the sublessee of the Billboard is "Harkey Media." In connection with our communications, Mr. Goldman forwarded me an email chain from August 2025 involving him, Kim Peterson (the principal of Kim Media), and others, regarding work to be performed on the Billboard (or the equipment connected thereto) on the Premises. Consistent with Mr. Goldman's statements, the email chain shows that an entity doing business as "Harkey Media" or one of its affiliates is the sublessee under a Billboard Sublease with Kim Media as sublessor. A true and correct copy of the email chain that Mr. Goldman forwarded to me is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2026, at San Diego, California.

*/s/ Edward G. Fates*
Edward G. Fates

## **EXHIBIT INDEX**

| Exhibit No. | Description | Page Range |
|:---:|:---|:---:|
| 1 | Memorandum of Lease | 6–14 |
| 2 | Email chain forwarded by Paul Goldman | 15–21 |

# EXHIBIT 1

*Accommodation* (handwritten)

RECORDING REQUESTED BY

*Chicago Title Company* (handwritten)

WHEN RECORDED RETURN TO:

KIM Media, LLC
Post Office Box 676237
Rancho Santa Fe, California 92067

*101 Jefferson St* (handwritten)
APN: Lot 001, Block 0013
*CTC ESC 15609684-TL* (handwritten)

Term of lease less than 35 years

*Transfer tax = $.0* (handwritten)

**City and County of San Francisco**
**Joaquin Torres, Assessor-Recorder**

| Doc # **2023014334** | | |
|---|---|---|
| 2/24/2023   9:30:13 AM | Fees | $55.00 |
| AM           Electronic | Taxes | $0.00 |
| Pages    8   Title  097 | Other | $0.00 |
| Customer    2327 | SB2 Fees | $75.00 |
| | Paid | $130.00 |

<u>Memorandum of Lease</u>



This Memorandum, dated January 13, 2023, is executed with reference to the following facts:

A.     Antone G. Cincotta, Jr., an individual, and Antone G. Cincotta, Jr., Trustee of the Adolfina Cincotta 1986 Trust (collectively, **"Original Lessors"**) were the owners of the real property commonly known as 101 Jefferson Street, San Francisco, California **("the Property")**. The Property is legally described as follows:

REAL PROPERTY SITUATED IN THE CITY AND COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA, AND BOUNDED AND DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT FORMED BY THE INTERSECTION OF THE SOUTHERLY LINE OF JEFFERSON STREET AND THE WESTERLY LINE OF MASON STREET, RUNNING THENCE WESTERLY ALONG SAID LINE OF JEFFERSON STREET 37 FEET 6 INCHES, THENCE AT A RIGHT ANGLE SOUTHERLY 87 FEET 6 INCHES, THENCE AT A RIGHT ANGLE EASTERLY 37 FEET 6 INCHES TO THE WESTERLY LINE OF MASON STREET, THENCE NORTHERLY ALONG SAID LINE OF MASON STREET 87 FEET 6 INCHES TO THE POINT OF COMMENCEMENT.

BEING a portion of 50 Vara Block #173.

APN: Lot 001, Block 0013

B.     On or about July 31, 2000, Original Lessors, as lessor, and Emerald Outdoor Advertising, L.L.C. **("Emerald")**, as lessee, executed that certain unrecorded Sign Lease **("the Original Lease")** pertaining to a portion of the Property. As used herein, **"the Premises"** shall mean the portion of the Property that is the subject of the Original Lease together with all rights over the Property to access the Premises.

C.     As contemplated by the Original Lease, Emerald caused to be manufactured and installed on the Premises an electronic message sign together with all telephone, Internet, and electrical connections and support structures (collectively, **"the Sign"**).

D.      On or about January 18, 2007, Emerald assigned the Original Lease and sold the Sign to Advertising Display Systems 1, LLC **("ADS")**.

E.      On or about February 19, 2009, ADS and Original Lessors executed an unrecorded First Amendment **("the First Amendment")** by which certain terms of the Original Lease were amended.  The Original Lease and the First Amendment are herein collectively referred to as **"the Lease."**

F.      The term of the Lease will expire on January 31, 2035.

G.      On or about July 17, 2009, ADS assigned the Lease and sold the Sign to View Media, Inc. **("View Media")**.

H.      On or about April 20, 2011, View Media assigned the Lease and sold the Sign to KIM Media, LLC, a California limited liability company **("Lessee")**.

I.      101 Jefferson Street SF LLC, a California limited liability company ("**Current Lessor**"), have succeeded to all right, title and interest of Original Lessors as owners of the Property and lessors under the Lease.

Based upon the above recitals, Current Lessor and Lessee hereby provide constructive notice of the existence of the Lease, the term of which is described in Recital F above.

<u>Signature Pages Follow</u>

Signature Page to Memorandum of Lease

KIM Media, LLC,
a California limited liability company

By _____
       Kim H. Peterson, Manager

<u>Signature Page to Memorandum of Lease</u>

**101 JEFFERSON STREET SF LLC,**
**a California limited liability company**

By: _____    AKA maxwell Lapin
      Maxwell S. Lapin, Manager

By: ~~SIGNED IN COUNTERPART~~
      Paul Goldman, Manager

Signature Page to Memorandum of Lease

**101 JEFFERSON STREET SF LLC,**
**a California limited liability company**

SIGNED IN COUNTERPART

By: _____
Maxwell S. Lapin, Manager

By: _____
Paul Goldman, Manager

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                    }

County of San Diego                    }

On 1/17/2023     before me, Tamara Means   , notary public,
                                    (Here insert name and title of the officer)

personally appeared Kim Peterson                                ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Tamara Means

_____
Notary Public Signature            (Notary Public Seal)

TAMARA MEANS
COMM. # 2297707
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires    JULY 19, 2023

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

_____
(Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of ~~California~~ Florida
County of Hillsborough

On January 31, 2023, before me, Lisa I. Cadieux, a notary public, personally appeared Maxwell Lapin, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

LISA I. CADIEUX
Commission # HH 125885
(SEAL) Expires July 8, 2025
Bonded Thru Budget Notary Services

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_

On _2/21_, 20 _23_ before me, _Zeina Halim Younes, Notary Public_, a notary public, personally appeared _Paul Goldman_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____          (Seal)

ZEINA HALIM YOUNES
COMM. # 2349826
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES MAR. 2, 2025

Peterson\Wharf Sign\Memorandum of Lease V3

# EXHIBIT 2

**Fates, Ted**

| | |
|---|---|
| **From:** | Paul Goldman <g3105038888@gmail.com> |
| **Sent:** | Wednesday, March 4, 2026 10:21 AM |
| **To:** | Fates, Ted |
| **Subject:** | Fwd: Fisherman's Wharf LED |
| | |
| **Categories:** | EXTERNAL EMAIL ALERT - EXTERNAL EMAIL ALERT |

**CAUTION: External Email**

Thanks,
Paul S. Goldman
310.503.8888

Begin forwarded message:

> **From:** Max Lapin <maxwelllapin@gmail.com>
> **Date:** March 4, 2026 at 10:16:01 AM PST
> **To:** Gmail <g3105038888@gmail.com>
> **Subject: Fwd: Fisherman's Wharf LED**

---------- Forwarded message ---------
From: **Kim Peterson** <kimharoldpeterson@gmail.com>
Date: Thu, Aug 28, 2025 at 4:48 PM
Subject: Re: Fisherman's Wharf LED
To: Xander Calacsan Ty <xander.calacsanty@outfront.com>
Cc: Jeff McCuen <jeff.mccuen@outfront.com>, Lindsey Decker <l.decker@harkeymedia.com>, t.lowder@harkeymedia.com <t.lowder@harkeymedia.com>, Scott Skelton <s.skelton@harkeymedia.com>, Zeferino Lopez <zeferino.lopez@outfront.com>, Leo Inprasueth <leo.inprasueth@outfront.com>, MAX LAPIN <maxwelllapin@gmail.com>, GH <paul@goldmanholdings.com>

Lindsey: Per our call today, I am unaware that you will need any type of boom truck to access the roof and the equipment that needs to be changed. I gave you my cell number (619 980-2698) if anything comes up and I alerted the property owners that work will occur on 9/2 and even possibly 9/1 and for them to alert their store Manager to co-operate with the parties doing work on their roof and give them access to the roof. KIM

On Wed, Aug 27, 2025 at 11:39 AM Xander Calacsan Ty <xander.calacsanty@outfront.com> wrote:

Hey Jeff, the contract ends on 8/31.


**Xander Calacsan Ty**

San Francisco Charting Coordinator

1695 Eastshore Highway, Berkeley, CA 94710



---

**From:** Jeff McCuen <jeff.mccuen@outfront.com>
**Sent:** Wednesday, August 27, 2025 11:31 AM
**To:** Lindsey Decker <l.decker@harkeymedia.com>; t.lowder@harkeymedia.com; KimHaroldPeterson@gmail.com; 'Scott Skelton' <s.skelton@harkeymedia.com>
**Cc:** Zeferino Lopez <zeferino.lopez@outfront.com>; Xander Calacsan Ty <xander.calacsanty@outfront.com>; Leo Inprasueth <leo.inprasueth@outfront.com>
**Subject:** RE: Fisherman's Wharf LED


Its our understanding that our controller is secondary to Dak controller so once we unplug Dak takes over. You should confirm with Dak that this is the case.


Xander are we able to keep Applebees up until our controller is removed on 9/2?

---

**From:** Lindsey Decker <l.decker@harkeymedia.com>
**Sent:** Wednesday, August 27, 2025 10:26 AM
**To:** t.lowder@harkeymedia.com; Jeff McCuen <jeff.mccuen@outfront.com>; KimHaroldPeterson@gmail.com; 'Scott Skelton' <s.skelton@harkeymedia.com>
**Cc:** Zeferino Lopez <zeferino.lopez@outfront.com>; Xander Calacsan Ty <xander.calacsanty@outfront.com>; Leo Inprasueth <leo.inprasueth@outfront.com>
**Subject:** Re: Fisherman's Wharf LED


EXTERNAL EMAIL

Hi Jeff,

Would your technician be able to make sure the DAK controller is set up prior to leaving the site while we transition over to our new player in the near future?

**Lindsey Decker** | **Director of Operations**

201-874-2417

[l.decker@harkeymedia.com](mailto:l.decker@harkeymedia.com)

🌐 HarkeyMedia.com



**From:** [t.lowder@harkeymedia.com](mailto:t.lowder@harkeymedia.com) <[t.lowder@harkeymedia.com](mailto:t.lowder@harkeymedia.com)>
**Date:** Wednesday, August 27, 2025 at 1:07 PM
**To:** 'Jeff McCuen' <[jeff.mccuen@outfront.com](mailto:jeff.mccuen@outfront.com)>, [KimHaroldPeterson@gmail.com](mailto:KimHaroldPeterson@gmail.com) <[KimHaroldPeterson@gmail.com](mailto:KimHaroldPeterson@gmail.com)>, 'Lindsey Decker' <[l.decker@harkeymedia.com](mailto:l.decker@harkeymedia.com)>, 'Scott Skelton' <[s.skelton@harkeymedia.com](mailto:s.skelton@harkeymedia.com)>
**Cc:** 'Zeferino Lopez' <[zeferino.lopez@outfront.com](mailto:zeferino.lopez@outfront.com)>, 'Xander Calacsan Ty' <[xander.calacsanty@outfront.com](mailto:xander.calacsanty@outfront.com)>, 'Leo Inprasueth' <[leo.inprasueth@outfront.com](mailto:leo.inprasueth@outfront.com)>
**Subject:** RE: Fisherman's Wharf LED

Hi Scott & Lindsey,

See email below from Jeff regarding the OUTFRONT player.  Can you confirm we are good on this transition?

Thank you!

**Todd Lowder** | **EVP Sales**

 602-421-2516

 t.lowder@harkeymedia.com |  HarkeyMedia.com

3550 N. Central Ave. | STE. 1500 Phoenix, AZ 85012



**From:** Jeff McCuen <jeff.mccuen@outfront.com>
**Sent:** Wednesday, August 27, 2025 10:03 AM
**To:** KimHaroldPeterson@gmail.com
**Cc:** Zeferino Lopez <zeferino.lopez@outfront.com>; Xander Calacsan Ty
<xander.calacsanty@outfront.com>; t.lowder@harkeymedia.com; Leo Inprasueth
<leo.inprasueth@outfront.com>
**Subject:** RE: Fisherman's Wharf LED

Kim & Todd,

Due to Monday 9/1 being a Holiday and we have paid advertisers running through 8/31 we will
remove our controller, Imprint and camera on 9/2. Our ads will stop after 8/31 and you should be
able to take control through the Dak controller on 9/1 if you have advertisers scheduled.

**From:** Kim Peterson <kimharoldpeterson@gmail.com>
**Sent:** Monday, July 14, 2025 12:31 PM
**To:** Jeff McCuen <jeff.mccuen@outfront.com>
**Cc:** Zeferino Lopez <zeferino.lopez@outfront.com>; Xander Calacsan Ty
<xander.calacsanty@outfront.com>; Don Gale <don.gale@outfront.com>;
t.lowder@harkeymedia.com; Leo Inprasueth <leo.inprasueth@outfront.com>; Chris Martin
<chris.martin@outfront.com>
**Subject:** Re: Fisherman's Wharf LED

EXTERNAL EMAIL

Reminder:  There appears to be two camera systems on this site. One camera came with my construction of the digital sign several years ago when I (using Yesco)  replaced the old Daktronic digital sign with a new Daktronics digital sign and one camera that Outfront had installed.  So Outfront's people will need to remove their camera, but again being careful to remove the correct camera.

PLEASE LET ME KNOW WHEN ANY WORK IS BEING PERFORMED BY ANYONE, HARKEY OR OUTFRONT, AT THE SITE, SO I CAN ADVISE THE PROPERTY OWNER ACCORDINGLY.  MY SENSE IS THAT THE ONLY WORK NEEDED AT THE SITE IS THE SINGLE CAMERA REMOVAL.  IF I AM NOT CORRECT, LET ME KNOW.

KIM PETERSON

KIM MEDIA, LLC.

On Mon, Jul 14, 2025 at 9:25 AM Jeff McCuen <jeff.mccuen@outfront.com> wrote:

> Zef,
>
> We will need to remove our imprint, camera and content controller from this sign on 9/1/25. Todd you will need to work with Daktronics to gain access to their controllers and camera.
>
> Jeff McCuen
>
> Director of Real Estate
>
> T    510.559.1135
>
> Jeff.mccuen@OUTFRONT.com
>
> 1695 Eastshore Hwy, Berkeley, CA, 94710



[Send me files](#)

--

**Kim H. Peterson**

Box 676237

Rancho Santa Fe, CA 92067

Office:  (858) 481-3539

Fax:     (858) 481-3943

E-Mail:  [KimHaroldPeterson@gmail.com](mailto:KimHaroldPeterson@gmail.com)

--
**Kim H. Peterson**
Box 676237
Rancho Santa Fe, CA 92067
Office:  (858) 481-3539
Fax:     (858) 481-3943
E-Mail:  [KimHaroldPeterson@gmail.com](mailto:KimHaroldPeterson@gmail.com)

**EX. 2 TO FATES DECL.**
**Page 21**