UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC; American National Investments, Inc.; and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>v.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992, and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; | Case No.: 21-CV-1620 TWR (AHG)<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING REGARDING LEWIS KOHN & WALKER LLP AND BRETT WEAVER'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS**<br><br>(ECF No. 102) |

1

AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,

Defendants.

Presently before the Court is the Motion to Withdraw as Attorney of Record for Defendants ("Mot.," ECF No. 102) filed by Movants Lewis Kohn & Walker LLP and attorney Brett Weaver because of "a complete breakdown of trust between attorney and client, including Defendants' breach of material terms of its engagement agreement with its attorneys." (*See id.* at 3.)  Although Movants provided notice to Defendant Kim H. Peterson—the principal contact for all represented Defendants—on January 23, 2026, (*see* ECF No. 102-2 ("Weaver Decl.") ¶ 4), this District's Civil Local Rules require that the Motion "be *served* . . . on the moving attorney's client," S.D. Cal. CivLR 83.3(f)(3)(a) (emphasis added), and that "[a] declaration pertaining to such service must be filed."  S.D. Cal. CivLR 83.3(f)(3)(b).  "Failure to make serv[ic]e as required by this section or to file the required declaration of service will result in the denial of the motion."  *Id.*

Accordingly, Movants **SHALL SERVE** a copy of both the Motion and this Order on Defendants <u>on or before March 31, 2026</u>, and **SHALL FILE** a declaration of such service <u>on or before April 3, 2026</u>.  Because it is not clear that Defendants were made aware of the prior March 6, 2026 opposition deadline, Defendants **MAY FILE** their opposition, if any, <u>on or before April 10, 2026</u>.

**IT IS SO ORDERED.**

Dated:  March 24, 2026

_____
Honorable Todd W. Robinson
United States District Judge

21-CV-1620 TWR (AHG)