DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
            mpham@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone:  (619) 233-1155
Fax:  (619) 233-1158
E-Mail:  tfates@allenmatkins.com

Attorneys for Judgment Creditor
KRISTA FREITAG, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>**DECLARATION OF SCOTT HARKEY IN SUPPORT OF RECEIVER'S EX PARTE MOTION FOR RESTRAINING ORDER AGAINST KIM MEDIA, LLC (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA)** |

corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,

Defendants.

I, Scott Harkey, declare as follows:

1.    I am the manager of Harkey Media Management, LLC ("Harkey Media").

2.    The statements set forth in this declaration are based upon my own personal knowledge, except as to those statements that are stated to be based upon information and belief. If called to testify, I could and would, without waiver of any applicable privilege, testify that the facts stated in this declaration are true and correct to the best of my knowledge and information.

3.    Since September 1, 2025, Harkey Media has been the sublessee under a written sublease with Kim Media, LLC ("Kim Media") regarding the use of an electronic billboard installed on the premises located at 101 Jefferson Street, San Francisco, California. In accordance with that sublease, Harkey Media makes monthly payments to Kim Media on account of the fee (i.e., rent) due thereunder.

4.    On or about March 19, 2026, Harkey Media received an email from Matthew D. Pham, counsel for the receiver Krista Freitag, regarding a motion for an assignment order against Kim Media, which motion concerned the payments that Kim Media receives from Harkey Media under the sublease.

/ / /

/ / /

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4907-3506-2171.1                                        -2-

Docusign Envelope ID: 9C8A0E59-7F98-4B75-A332-C474DAE1C178

5.    On or about March 23, 2026, I received an email from Kim Peterson, the principal of Kim Media. A true and correct copy of that email is attached hereto as **Exhibit 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2026, at Phoenix, Arizona.

Signed by:

Scott Harkey

5443C8DB16FB4B4...

Scott Harkey

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4907-3506-2171.1

-3-

# EXHIBIT 1

**Exhibit 1**
**Page 4**

 **Outlook**

## Fwd: WHARF CONFIDENTIAL

**From** Scott Harkey <s.harkey@theharkeygroup.com>

**Date** Mon 3/23/2026 5:53 PM

**To** Stanley Cohen <s.cohen@harkeymedia.com>

Begin forwarded message:

**From:** Kim Peterson <kimharoldpeterson@gmail.com>
**Subject: WHARF CONFIDENTIAL**
**Date:** March 23, 2026 at 2:50:32 PM MST
**To:** Scott Harkey <s.harkey@theharkeygroup.com>
**Reply-To:** KimHaroldPeterson@gmail.com

Scott:  You may get contacted by a law firm representing a Receiver in San Diego as to a 6 year litigation saga I am involved in.  Shortly, the Receiver and their law firm will be sued by me for a variety of issues.  In any event, prior to December of 25, I assigned my Lease with you at the Wharf to a Home Office in South Dakota.  Due to my accident on X-Mas day, I have not had the time to send you a package on the transaction, which will include the transfer details and where you will be wiring money on April 1. Bottom line, Kim Media, LLC no longer has the Lease.  Nothing will change as to your rights.  KIM

--

**Kim H. Peterson**

Box 676237

Rancho Santa Fe, CA 92067

Office:  (858) 481-3539

Fax:     (858) 481-3943

E-Mail:  KimHaroldPeterson@gmail.com

Caution: This email originated from outside your organization.

**Exhibit 1**
**Page 5**