DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
            mpham@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone:  (619) 233-1155
Fax:  (619) 233-1158
E-Mail:  tfates@allenmatkins.com

Attorneys for Judgment Creditor
KRISTA FREITAG, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>        Plaintiff,<br><br>        vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT. INC.. a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>**DECLARATION OF MATTHEW D. PHAM IN SUPPORT OF RECEIVER'S EX PARTE MOTION FOR RESTRAINING ORDER AGAINST KIM MEDIA, LLC (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA)** |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4899-5728-8347.1

-1-

corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,

Defendants.

I, Matthew D. Pham, declare as follows:

1.      I am a senior counsel at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), counsel for Krista Freitag (the "Receiver"), in her capacity as the Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates, in the above-captioned action. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.

2.      The statements set forth in this declaration are based upon my own personal knowledge, except as to those statements that are stated to be based upon information and belief. If called to testify, I could and would, without waiver of any applicable privilege, testify that the facts stated in this declaration are true and correct to the best of my knowledge and information.

3.      On or about March 13, 2026, Allen Matkins, on behalf of the Receiver, caused the filing of the Receiver's *Motion for Assignment Order (Rents from Billboard Lease at 101 Jefferson Street, San Francisco, California)* (the "Motion for Assignment Order"), ECF No. 107. Prior to the filing of the Motion for Assignment Order, I met and conferred with Madison Moore, counsel for the judgment debtor Kim Media, LLC ("Kim Media") and the other judgment debtors, via email and phone, requesting Kim Media's consent to relief requested in the Motion for

Assignment Order and providing a copy of the proposed order thereon. In Ms. Moore's last email correspondence in response to our meet-and-confer communications, which I received on or about March 13, 2026, at approximately 1:56 p.m., Ms. Moore wrote, "Mr. Peterson does not consent to the motion and will not stipulate to the proposed order you shared." In that email, there was no mention of an assignment of Kim Media's sublease at issue in the Motion for Assignment Order.

4. On or about March 19, 2026, I sent an email to various personnel at Harkey Media Management, LLC ("Harkey Media"), in which I attached an electronic copy of the Motion for Assignment Order (in order to provide Harkey Media with courtesy notice thereof). Thereafter, Harkey Media and Allen Matkins, on behalf of the Receiver, agreed to further discuss the situation, and a virtual meeting was held on or about March 25, 2026. At the meeting, Stanley Cohen, a representative of Harkey Media, confirmed that Harkey Media has been the sublessee under a written sublease with Kim Media regarding the use of an electronic billboard installed on the premises located at 101 Jefferson Street, San Francisco, California and that it has been making monthly payments to Kim Media pursuant to that subleague.

5. In addition, at the March 25, 2026, meeting, Mr. Cohen also informed me that Kim Peterson had reached out to Harkey Media earlier that week to inform it that Kim Media had assigned, or was attempting to assign, the parties' sublease to a third party. Mr. Cohen subsequently forwarded to me and my colleague, Edward G. Fates, that email from Mr. Peterson on or about March 25, 2026.

6. After reading Mr. Peterson's email (a copy of which is attached to the concurrently filed declaration of Scott Harkey) and seeing that he was attempting to divert Kim Media's right to payment at issue in the Motion for Assignment Order, the decision was made to prepare and file, on behalf of the Receiver, an ex parte motion for restraining order against Kim Media pursuant to California Code of Civil

Procedure § 708.520 (the "Motion"). In light of the contents of that email (i.e., that Mr. Peterson had assigned, or was attempting to assign, the sublease as a way to divert Kim Media's right to payment thereunder away), as well as Mr. Peterson's prior conduct in transferring title to real property held by another judgment debtor to his daughters and then to a third party (that led to the Receiver commencing the new action styled as *Krista Freitag v. Sarah Christine Peterson, et al.* (Case No. 3:25-cv-02557-TWR-AHG) for avoidance and recovery of those purported fraudulent transfers), the Receiver should not be required to meet and confer with or otherwise inform Kim Media's counsel of the Motion or the relief sought therein in advance of the filing thereof.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2026, at Los Angeles, California.

*/s/ Matthew D. Pham*
Matthew D. Pham