DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  dzaro@allenmatkins.com
         mpham@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone:  (619) 233-1155
Fax:  (619) 233-1158
E-Mail:  tfates@allenmatkins.com

Attorneys for Judgment Creditor
KRISTA FREITAG, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>   Plaintiff,<br><br>   vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT. INC.. a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>**PROOF OF SERVICE** |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4933-1686-2875.1                                    -1-

corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,

Defendants.

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 865 South Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On March 26 2026, I served the within document(s) described as:

- **RECEIVER'S EX PARTE MOTION FOR RESTRAINING ORDER AGAINST KIM MEDIA, LLC (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA);**

- **DECLARATION OF SCOTT HARKEY IN SUPPORT OF RECEIVER'S EX PARTE MOTION FOR RESTRAINING ORDER AGAINST KIM MEDIA, LLC (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA);**

- **DECLARATION OF MATTHEW D. PHAM IN SUPPORT OF RECEIVER'S EX PARTE MOTION FOR RESTRAINING ORDER AGAINST KIM MEDIA, LLC (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA);**

- **[PROPOSED] RESTRAINING ORDER AGAINST KIM MEDIA, LLC (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA)**

on the interested parties in this action as stated below:

☐ **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in Los Angeles, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4933-1686-2875.1

☒   **BY COURT EMAIL/ECF:**  The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service.  The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on March 26, 2026, at Los Angeles, California.


| Martha Diaz | Martha Diaz |
|---|---|
| (Type or print name) | (Signature of Declarant) |