| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Matthew D. Pham,Esq \| SBN: 287704<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS.LLP<br>865 S Figueroa St  2800 Los Angeles, CA 90017 | | | | | |

TELEPHONE NO.: (213) 622-5555 | FAX NO. | E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): :

**USDC/SOUTHERN DISTRICT OF CALIFORNIA**

STREET ADDRESS: 221 W. BROADWAY

CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900

BRANCH NAME: SOUTHERN DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: KRISTA FREITAG, etc.<br>DEFENDANT/RESPONDENT: KIM H. PETERSON, etc. | CASE NUMBER:<br>3:21-cv-01620-TWR-AHG |
|---|---|

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>378827.00002 |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**ORDER (1) GRANTING RECEIVER'S EX PARTE MOTION FOR A RESTRAINING ORDER; AND (2) RESTRAINING DEFENDANT KIM MEDIA, LLC FROM ASSIGNING ANY RIGHTS TO PAYMENT UNDER THE BILLBOARD SUBLEASE**

PARTY SERVED: **Kim Media, LLC**

PERSON SERVED: **Rose Rocha - Office Manager for Denis McDevitt**

DATE & TIME: **3/30/2026**
**10:45 AM**

ADDRESS: **3550 Camino del Rio N**
**San Diego, CA 92108-1737**

PHYSICAL DESCRIPTION: **Age: Over 60    Weight: 201-220 Lbs    Hair: Blond**
**Sex: Female    Height: 5'1-5'6    Eyes: Blue**
**Skin: Caucasian    Marks: Glasses**

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

SERVERS COMMENTS: April 1, 2026, 10:02 am

**I spoke to the office manager Rose Rocha and she said the agent Denis McDevitt was not available but she would check and see if they could accept.**

**The office manager Rose Rocha then went to the back office, came back out and said she was authorized to accept service.**

Fee for Service: **$ .00**
   County: **San Diego**
   Registration No.: **3088**
   **Nationwide Legal, LLC Reg: 12-234648**
   **1609 James M Wood Blvd.**
   **Los Angeles, CA 90015**
   **(213) 249-9999**
   **Ref: 378827.00002**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **April 2, 2026**.

Signature: _____

**Debra Sousa**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: LA766163/General