DAVID R. ZARO (BAR NO. 124334)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        mpham@allenmatkins.com

EDWARD G. FATES (BAR NO. 227809)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: tfates@allenmatkins.com

Attorneys for Judgment Creditor
KRISTA FREITAG, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>Plaintiff,<br><br>vs.<br><br>KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992 and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT. INC.. a California | Case No. 3:21-cv-01620-TWR-AHG<br><br>**NOTICE OF NO TIMELY OPPOSITIONS TO RECEIVER'S MOTION FOR ASSIGNMENT ORDER (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA)**<br><br>Date: April 30, 2026<br>Time: 1:30 p.m.<br>Ctrm: 14A |

corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company; AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,

Defendants.

**TO THE HONORABLE TODD W. ROBINSON, UNITED STATES DISTRICT JUDGE, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 13, 2026, judgment creditor Krista Freitag (the "Receiver"), the Court-appointed permanent receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates, filed the *Motion for Assignment Order (Rents from Billboard Lease at 101 Jefferson Street, San Francisco, California)* (the "Motion"), ECF No. 107.  The hearing on the Receiver's Motion is set for April 30, 2026, at 1:30 p.m.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's civil standing order, any opposition to the Motion was required to be filed no later than 28 calendar days prior to the date of the hearing on the Motion.  The Receiver's counsel has reviewed the docket in this action as of April 21, 2026, and determined that no opposition to the Motion were filed, timely or otherwise.  An opposing party's failure to file an opposition to the Motion may be construed as consent to the granting of the Motion pursuant to Civil Local Rule 7.1(f)(3)(C).  Accordingly, the

/ / /

/ / /

/ / /

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4934-7757-2772.1                                                    -2-

Receiver requests that the Court, at this time, enter an order granting the Motion and vacate the April 30, 2026, hearing on the Motion.

Dated:  April 21, 2026

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP


By:    */s/ Matthew D. Pham*
DAVID R. ZARO
EDWARD G. FATES
MATTHEW D. PHAM
Attorneys for Judgment Creditor
KRISTA FREITAG, Receiver

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen (18) and am not a party to this action.  My business address is 865 South Figueroa Street, Suite 2800, Los Angeles, California 90017-2543.

On April 21, 2026, I served the within document(s) described as:

**NOTICE OF NO TIMELY OPPOSITIONS TO RECEIVER'S MOTION FOR ASSIGNMENT ORDER (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA)**

on the interested parties in this action as stated below:

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** As California Code of Civil Procedure section 1010.6 and all other applicable law including California Rules of Court permits, I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated above on the above-mentioned date.  My electronic notification address is mdiaz@allenmatkins.com.  I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

☒ **BY COURT EMAIL/ECF:** The ECF System is designed to send an e-mail message to all parties in the case, which constitutes service.  The parties serve by email in this case are found on the Court's Electronic Mail Notice List.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 21, 2026, at Los Angeles, California.

| | |
|---|---|
| Martha Diaz | _(Signature)_ |
| (Type or print name) | (Signature of Declarant) |

4936-5262-3524.1