UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KRISTA FREITAG, Court-appointed permanent receiver for ANI Development, LLC; American National Investments, Inc.; and their subsidiaries and affiliates,

Plaintiff,

v.

KIM H. PETERSON, individually and as Trustee of the Peterson Family Trust dated April 14, 1992, and as Trustee of the Peterson Family Trust dated September 29, 1983; KIM FUNDING, LLC, a California limited liability company; ABC FUNDING STRATEGIES, LLC, a Delaware limited liability company; ABC FUNDING STRATEGIES MANAGEMENT, LLC, a Delaware limited liability company; ANI LICENSE FUND, LLC, a California limited liability company; KIM MEDIA, LLC, a California limited liability company; KIM MANAGEMENT, INC., a California corporation; KIM AVIATION, LLC, a California limited liability company; AERO DRIVE, LLC, a California limited liability company;

Case No.:  21-CV-1620 TWR (AHG)

**ASSIGNMENT ORDER (RENTS FROM BILLBOARD LEASE AT 101 JEFFERSON STREET, SAN FRANCISCO, CALIFORNIA)**

(ECF No. 107)

1

AERO DRIVE THREE, LLC, a California limited liability company; BALTIMORE DRIVE, LLC, a California limited liability company; GEORGE PALMER CORPORATION, a Nevada corporation; KIM FUNDING LLC DEFINED BENEFIT PENSION PLAN; and DOES 1 through 10, inclusive,

Defendants.

On November 4, 2025, this Court entered a judgment in this action ("Judgment," ECF No. 99) in the amount of $8,463,845.76 in favor of Plaintiff Krista Freitag (the "Receiver"), the Court-appointed permanent receiver for ANI Development, LLC; American National Investments, Inc.; and their subsidiaries and affiliates, and against the various Defendants, including Defendant Kim Media, LLC ("Kim Media"), a California limited liability company.

On March 13, 2026, the Receiver filed the instant Motion for Assignment Order (Rents from Billboard Lease at 101 Jefferson Street, San Francisco, California) ("Mot.," ECF No. 107), which seeks entry of an assignment order pursuant to California Code of Civil Procedure §§ 708.510–708.560, with respect to certain rights to payment due or to become due to Kim Media. The Court ordered any opposition to be filed on or before April 2, 2026, (*see* ECF No. 108); as of the date of this Order, the Motion is unopposed. (*See generally* Docket; *see also* ECF No. 114 (Receiver's notice of non-opposition).) Having considered the Receiver's Motion and supporting papers, and good cause appearing, the Court **GRANTS** the unopposed Motion and **ORDERS** as follows:

1.      All rights to payment due or to become due to Kim Media relating to Kim Media's leasehold interest in a portion of that certain real property located at 101 Jefferson Street, San Francisco, California (the "Premises"), including, without limitation, any right to payment of rents or other charges due or to become due to Kim Media arising from a sublease or similar agreement regarding the use of an electronic billboard on the Premises ("Billboard Sublease"), are **ASSIGNED** to the Receiver, until such time as the Judgment

21-CV-1620 TWR (AHG)

is fully satisfied or this Order is amended.  All payments subject to this Order that are received or collected by the Receiver **SHALL BE APPLIED** to the amounts owed on the Judgment (applied first to the accrued post-judgment interest and then to the outstanding principal amount), until such time as the Judgment is fully satisfied or this Order is amended.

2.   Upon receipt of notice of this Order, any party who is or becomes obligated to make payments to Kim Media (an "Obligor"), which payments are subject to this Order, including, without limitation, any payments for rents or other charges due under a Billboard Lease with Kim Media as sublessor, **SHALL REMIT** all such payments to the Receiver, until such time as the Judgment is fully satisfied or this Order is amended.  Upon receipt of notice of this Order, an Obligor **SHALL PROMPTLY CONTACT** the Receiver's counsel at the following to obtain the appropriate payment instructions:

Allen Matkins Leck Gamble Mallory & Natsis LLP
Attn: Matthew D. Pham, Esq.
865 South Figueroa Street, Suite 2800
Los Angeles, California  90017-2543
Phone:  (213) 955-5526
Email: mpham@allenmatkins.com

3.   In the event that any payment subject to this Order is made by an Obligor and received by Kim Media following the entry of this Order, Kim Media **SHALL IMMEDIATELY ASSIGN, ENDORSE, AND REMIT** such payment to the Receiver.

4.   Kim Media and its members, managers, agents, and representatives, and all persons acting under, in concert with, or for Kim Media, **ARE PROHIBITED** from interfering in any manner with the Receiver's right to receive or collect any payments subject to this Order from any Obligor; *provided, however*, that nothing in this Order shall be construed as limiting Kim Media's right under California Code of Civil Procedure § 708.560 to move for an order modifying or setting aside this Order based on a material change in circumstances.

/ / /

21-CV-1620 TWR (AHG)

5.     This Order **MAY BE RECORDED** in the official records of the applicable county recorder's office as an instrument affecting real property.

**IT IS SO ORDERED.**

Dated:  April 22, 2026

_____
Honorable Todd W. Robinson
United States District Judge

4